UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEFFREY P. PERROTTE,<br><br>             Plaintiff,<br><br>    v.<br><br>M. MUNTZ, et al.,<br><br>             Defendant. | No. ED CV 07-01031-MWF (VBK)<br><br>ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE; (2) GRANTING DEFENDANTS' MOTION TO DISMISS AND (3) DISMISSING THE THIRD AMENDED COMPLAINT |

    Pursuant to 28 U.S.C. §636, the Court has reviewed the Third Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. Further, the Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected.

    **IT IS THEREFORE ORDERED** that an Order be entered (1) accepting the findings and recommendations of the United States Magistrate

//

//

//

//

1    Judge; (2) granting Defendants' Motion to Dismiss Plaintiff's Third

2    Amended Complaint; and (3) entering Judgment dismissing the Third

3    Amended Complaint with prejudice.

4

5    DATED: March 16, 2015

6                                    MICHAEL W. FITZGERALD
                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28