JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY P. PERROTTE, | ) | No. ED CV 07-01031-MWF (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| M. MUNTZ, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Third Amended Complaint with prejudice.

DATED: March 16, 2015

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE